Chu-Moar Company, a Corporation, Respondent, v. Service Gum Company, a Corporation, Appellant.— Order reversed, with ten dollars costs and disburse-

ments, and motion granted, with ten dollars costs, on the ground that the complaint sets forth no actionable libel. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.